**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Apollo Press, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-1628008** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **270 Enterprise Drive** **Newport News, VA 23603** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Newport News City** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.apollopress.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Apollo Press, Inc.**
    Name                                                          Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Apollo Press, Inc.**                                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **N-210 Blanket wash needs to be disposed of professionally**

**Where is the property?**   **270 Enterprise Drive**
**Newport News, VA, 23603-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Apollo Press, Inc.** | Case number (*if known*) | |
| | Name | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2016**
              MM / DD / YYYY

**X** **/s/ John Warren Taylor**                          **John Warren Taylor**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Harry W. Jernigan, III**              Date    **May 25, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Harry W. Jernigan, III**
Printed name

**HARRY JERNIGAN CPA ATTORNEY, P.C.**
Firm name

**5101 Cleveland Street**
**Suite 200**
**Virginia Beach, VA 23462**
Number, Street, City, State & ZIP Code

Contact phone    **757-490-2200**        Email address

**30278**
Bar number and State

---

## ACTION BY DIRECTORS AND SHARHOLDERS
## WITHOUT A SPECIAL MEETING
## OF
## APOLLO PRESS, INC.

We, the undersigned, being the all the directors and shareholders of Apollo Press, Inc., do hereby unanimously consent, and agree to the adoption without a meeting of the following resolutions:

**RESOLVED**, that the corporation is hereby authorized to file a petition pursuant to Chapter 11, Title of the United Stated Code and thereafter proceed to effect a financial reorganization in accordance with the Federal Bankruptcy Code, and

**RESOLVED**, that the engagement of Harry Jernigan CPA Attorney, P.C. to represent the company during and in connection with the aforementioned bankruptcy proceedings and to perform all legal services as general counsel for the corporation is approved, and

**RESOLVED**, that the engagement of Black Marlin Financial Services Group to perform all accounting and tax services for the corporation during the aforementioned bankruptcy proceedings is approved, and

**RESOLVED**, that John W. Taylor, President, will be the designated representative for the corporation, and

**FURTHER RESOLVED**, that the officers be authorized and directed to execute any and all documents and do all other things necessary to effect the intentions of the above resolutions.

There being no further resolutions required at this time, the above is hereby agreed and approved.

John W. Taylor, Director                    Date  5/25/16

Robert E. Dent, Jr., Director               Date  5/25/16  RED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Apollo Press, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apollo Realty, LLC 270 Enterprise Drive Newport News, VA 23603** | | **Rent Arrears** | | | | **$20,000.00** |
| **B.W. Wilson 1015 Cavalier Blvd Chesapeake, VA 23323** | **David Gentry** <br><br> **800-868-2868** | **Account Balance** | | | | **$57,067.34** |
| **Canon Financial Services, Inc 158 Gaither Drive Suite 200 Mount Laurel, NJ 08054** | **Ellen R. Boehm** <br><br> **1-800-613-2228** | **Judgment** | | | | **$235,000.00** |
| **City of Newport News Marty G. Eubank, Treasurer P.O. Box 975 Newport News, VA 23607-0975** | | **Personal Property Tax** | | | | **$90,327.70** |
| **Corporate Turnaround 95 Route 17 South Paramus, NJ 07652** | **Chris Winnie** <br><br> **1-800-411-1113** | **Account Balance** | | | | **$297,316.26** |
| **Court Square Leasing Corp 14 Great Valley Way Malvern, PA 19355** | | **Account Balance** | | | | **$14,504.72** |
| **De lage Landen Financial Svs 1111 Old Eagle school rd Wayne, PA 19087** | | **Judgment** | | | | **$32,550.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

| Debtor | **Apollo Press, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Dominion Virginia Power** P.O. Box 26543 Richmond, VA 23290-0001 | 1-888-667-3000 | **Account Balance** | | | | **$9,711.56** |
| **Ennis, Inc** 304 3rd Ave E De Witt, IA 52742 | **Samantha Hutcheson** 1-800-251-0950 | **Account Balance** | | | | **$50,684.44** |
| **EVB** 601 Thimble Shoals Blvd. Suite 201 Newport News, VA 23606 | **Mike Newnam** mike.newnam@bankevb.com 804-550-9171 | **Guarentee for Apollo Reality, LLC** | | | | **$207,457.43** |
| **Financial Pacific Leasing, Inc** P.O. Box 749642 Los Angeles, CA 90074-9642 | 800-447-7107 | **Account Balance** | | | | **$75,673.24** |
| **First Data** 6200 South Quebec Street Englewood, CO 80111 | | **Account Balance** | | | | **$36,025.00** |
| **GE Richards** 530 Eastpark Court Suite A Sandston, VA 23150 | **Jeff Wagner** 1-800-437-4070 | **Account Balance** | | | | **$13,132.95** |
| **High Speed Capital, LLC** 266 Broadway Suite 403 Brooklyn, NY 11211 | 718-226-0156 | **Account Balance** | | | | **$51,221.00** |
| **Pitman** 611 River Drive Center 3 3rd Floor Elmwood Park, NJ 07407 | | **Account Balance** | | | | **$12,206.12** |
| **Richo Americas Corporation** Atn: Recovery Department PO Box 6897 Macon, GA 31208-6897 | **Amanda** 866.497.6664 | **Cancelled Leases** | | | | **$328,448.90** |
| **Small Business Fin. Sol** DBA Rapid Advance 4500 East West Hwy, 6th Floor Bethesda, MD 20814 | **Marlow Rogers** 240-514-2000 | **Account Balance** | | | | **$180,544.50** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Apollo Press, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sovereign Bank 3 Huntington Quadrangle Suite 101 N Melville, NY 11747** | **Anne Shah- Bank** <br><br> **1-631-531-0907** | **Account Balance** | | | | **$65,361.48** |
| **SunTrust Credit Card Services Default Managment 7455 Chancellor Dr Orlando, FL 32809** | **800-836-8562** | **Account Balance** | | | | **$21,504.00** |
| **UPS Freight P.O. Box 650690 Marshall, AR 72650-6900** | **Mickeye Stewart** <br><br> **1-800-676-0602** | **Account Balance** | | | | **$9,551.56** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Apollo Press, Inc.**                  Case No.

                                       Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Warren Taylor**<br>**1428 Cypress Creek Pkwy**<br>**Smithfield, VA 23430** | **Common** | **100** | **Certificates of Stock** |
| **Robert Edward Dent, Jr**<br>**305 Ashland court**<br>**Newport News, VA 23606** | **Common** | **100** | **Certificates of Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 25, 2016**                         Signature    **/s/ John Warren Taylor**

                                                              **John Warren Taylor**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Apollo Press, Inc.**
                                          Debtor(s)

Case No. _____
Chapter  **11**  _____

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, by a typed hard copy in scannable format, with Request for Waiver attached, or uploaded by Electronic Case Filing is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ____ computer diskette listing a total of ____ creditors; or

(b) ____ scannable hard copy, with Request for Waiver attached,  consisting of ____ pages, listing
           a total of ____ creditors; or

(c) __**X**__ uploaded via Electronic Case Filing a total of __**160**__ creditors.

Date:  **May 25, 2016**                      **/s/ John Warren Taylor**
                                          **John Warren Taylor**/**President**
                                          Signer/Title

*[Check if applicable]* ___ Creditor(s) with
foreign addresses included on disk/hard copy.

[diskcs ver. R-05/23/00]

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

AAA Electrical Contracting Inc
601 Copeland Drive
Hampton, VA 23661


Adobe Systems, Inc.
345 Park Avenue
San Jose, CA 95110-2704


ADP, Inc
PO Box 12513
1851 N. Resler Dr
El Paso, TX 79912


Alex J. Logsdon
1120 Woodland Terrace Drive
Chesapeake, VA 23323


All Points Capital Corp
275 Broad Hollow Rd
Melville, NY 11747


American Growth Funding
14 Wall Street
New York, NY 10005


Apollo Realty, LLC
270 Enterprise Drive
Newport News, VA 23603


App River
1011 Gulf Breeze Pkwy
Gulf Breeze, FL 32561


Ariba, Inc.
Ariba Supplier Network
910 Hermosa Court
Sunnyvale, CA 94085


Arisent Capital
530 Union Avenue
Middlesex, NJ 08846


Arvon Staffing
714 J. Clyde Morris Blvd.
Newport News, VA 23601

Askew Business Advisory Servic
2316 Holland Road
Virginia Beach, VA 23453


Automated Mailing System
PO Box 12246
Roanoke, VA 24024


B.W. Wilson
1015 Cavalier Blvd
Chesapeake, VA 23323


Bank of the West
201 N Civic Drive
Suite 360B
Walnut Creek, CA 94596


Banks & Banks
David Banks, Esq.
300 Church Road
Lafayette Hill, PA 19444


BCT
925 Dension Ave.
Norfolk, VA 23513


Bell Binders
PO Box 313
Toledo, OH 43697


Beverly K. Emerson
508 Dogwood Road
Yorktown, VA 23690-3942


Black Marlin CPA
200-1 Nat Turner Blvd.
Newport News, VA 23606


Breeger Media Group
141 Enterprise Drive
Newport News, VA 23603

Caine & Weiner
338 Harris Hill Road
# 206
Buffalo, NY 14221


Canon Financial Services, Inc
158 Gaither Drive
Suite 200
Mount Laurel, NJ 08054


Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60693


Capital One Bank
Capital One Equipment Finance
1954 Greenspring Dr., #650
Lutherville Timonium, MD 21093-4111


Capital One Equipt. Fin. Corp
All Points Capital Corp
7 Saint Paul Street, Suite 100
Baltimore, MD 21202


Cassandra D. Jaqua
665 Kelso Drive
Newport News, VA 23601


Cheryl C. Outlaw
906 Susan Court
Hampton, VA 23661


Christopher D. VanDyke, Jr.
2 S. Oak Street
Newport News, VA 23608


Christopher L. Scott
5005 Evelyn Court
Newport News, VA 23605


City of Newport News
Marty G. Eubank, Treasurer
P.O. Box 975
Newport News, VA 23607-0975

Cobb Technologies
4646 Princess Anne Road
Suite 105
Virginia Beach, VA 23462


Commonwealth Mailing Sys. Inc.
1700 Venable St
Richmond, VA 23223


Complete Business Solutions Gr
141 N. 2nd Street
Philadelphia, PA 19106


Core Tech, Inc.
P.O. Box 2598
Kernersville, NC 27285


Corporate Turnaround
95 Route 17 South
Paramus, NJ 07652


Corporation Svs Company
PO Box 2576
Springfield, IL 62708


Court Square Leasing Corp
14 Great Valley Way
Malvern, PA 19355


Cox Communications
Dept 781121 P.O. Box 78000
Detroit, MI 48278-1121


Custom Index, Inc.
8 Vreeland Avenue
Totowa, NJ 07512


Cynthia A. Clear
117 Wilderness Lane
Williamsburg, VA 23188-7103


De lage Landen Financial Svs
1111 Old Eagle school rd
Wayne, PA 19087

Designs by M.E.
P.O. Box 14332
Newport News, VA 23608


Direct Capital Corp.
155 Commerce Way
Portsmouth, NH 03801


Domestic Uniform Rental
P.O. Box 1725
Richmond, VA 23218


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001


Dorothy A. McDonald
4178 W. Blackwater Road
Zuni, VA 23898


DYC Supply
P.O. Box 824226
Philadelphia, PA 19182-4226


Ennis, Inc
304 3rd Ave E
De Witt, IA 52742


EVB
601 Thimble Shoals Blvd.
Suite 201
Newport News, VA 23606


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Ferguson Center of the Arts
1 Avenue of the Arts
Newport News, VA 23606-2998


Financial Pacific Leasing, Inc
P.O. Box 749642
Los Angeles, CA 90074-9642

Financial Pacific Leasing, LLC
3455 S. 344th Way #300
Los Angeles, CA 90074


Finish Line
800 W. Leigh Street
Richmond, VA 23220


Finished Product
3405 Chesapeake Blvd
Norfolk, VA 23509


First Data
6200 South Quebec Street
Englewood, CO 80111


Fleet Services
P.O Box 6293
Carol Stream, IL 60197-6293


Franklin Estimating Systems
416 West Park Ave.
Layton, UT 84041


FujiFilm
North America Corp Graphic Sys
BOX 200308
Pittsburgh, PA 15251-0308


GE Richards
530 Eastpark Court
Suite A
Sandston, VA 23150


GF Labels
10 Ferguson Lane
Queensbury, NY 12804


Guarantee Insurance Company
P.O. Box 406012
Atlanta, GA 30384-6012


Gwendolyn D. Jackson
202 Gum Court
Suffolk, VA 23435-2265

Heartland Payment Systems Spon
The Bancorp Bank SME
90 Nassau Street
Princeton, NJ 08542-4529


High Speed Capital, LLC
266 Broadway
Suite 403
Brooklyn, NY 11211


Hiller Systems, Inc.
P.O. Box 935434
Atlanta, GA 31193-5434


Hitachi Capital Amerien Corp
800 Connecticut Ave
Norwalk, CT 06854


Hospital Forms & Systems Corp.
PO Box 678317
Dallas, TX 75267-8317


HRDS
1434 Air Rail Avenue
Washington, DC 20010


IFS Filing Systems, LLC
11225 West Heather Ave.
Milwaukee, WI 53224


InMotionNow, Inc.
215 Southport Drive
Suite 1000
Morrisville, NC 27560


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Label Mfg. LLC
1925 South 13th Street
Terre Haute, IN 47802

IntoPrint Technologies
P.O. Box 7428
Roanoke, VA 24019-0428


James F. Gray
2404 Laguard Drive
Hampton, VA 23661


John M. Leary
3901 Lord Dunmore Drive
Williamsburg, VA 23188


John Warren Taylor
1428 Cypress Creek Pkwy
Smithfield, VA 23430


Joseph A. Leach
3868 Danville Corut
Virginia Beach, VA 23453


KBA North America
PO Box 619006
Dallas, TX 75261


Leeds
PO BOX 643859
Pittsburgh, PA 15264-3859


Lincoln National Life Insuranc
P.O. Box 7247-0439
Philadelphia, PA 19170-0439


M&T Bank
PO Box 62176
Baltimore, MD 21264


Maggio Data Corp
171 Heller Place
Bellmawr, NJ 08031


Mailing Services, Inc.
923 N. Meadow Street
Richmond, VA 23220

Major Business Systems, Inc.
1510 NC Hwy 85 North
Hillsborough, NC 27278

Martine G. Brown
317 Watermill Run
Newport News, VA 23606

Mass Mutual Financial Group
1295 State Street
Springfield, MA 01111

MCA Recovery, LLC
17 State Street
Suite 4000
New York, NY 10004

McGuireWoods
Jame E Van Horn
7 Saint Paul Street, Suite 100
Baltimore, MD 21202-1671

Michael C. Bardle
2802 Hickory Fork Road
Gloucester, VA 23061

Michele B. Harris
348 58th Street
Newport News, VA 23607

Mid-Atlantic Knife
10403 South Ledbetter Road
Suite E
Ashland, VA 23005

Midcountry Equipment Finance
FKA OFC Capital Corp
7825 Washington Ave. S., Ste 1
Minneapolis, MN 55439

New Dominion Networks
11520 Nuckols Road
Suite 100
Glen Allen, VA 23059

Newport News Waterworks
PO Box 979
Newport News, VA 23607-0979


North American Publishing Co
Napco Media
PO Box 824894
Philadelphia, PA 19182-4894


Northwestern Mutual
PO Box 3009
Milwaukee, WI 53201-3009


OFC Capital Corporation
576 Colonial Park Drive
Suite 200
Roswell, GA 30075


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


Old Dominion Freight Line, Inc
PO Box 198475
Atlanta, GA 30384-8475


Paramount Financial Svs, LLC
6691 E. Camelback Road
D218
Scottsdale, AZ 85251


Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526


Peninsula Data Service
610 Thimble Shoals Blvd
Suite 102-A
Newport News, VA 23606


Pitman
611 River Drive Center 3
3rd Floor
Elmwood Park, NJ 07407

Presstek Inc.
3727 Solutions Center
Chicago, IL 60677-3077


Printers Helper
P.O. Box 10755
Norfolk, VA 23513


Printers Service
26 Blanchard Street
Newark, NJ 07105


Productiv
c/o Richard Knapp, P.C.
2800 Patterson Ave., Ste 101
Richmond, VA 23221


PromoVision Palomino
3 Federal Street, Suite 300
Billerica, MA 01821


PUI Insurance Agency
401 E Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301


ReavesColey, PLLC
505 Independence Pkw, Ste 240
Chesapeake, VA 23320


Receivable Management Corp
400 West Cummings Park
Suite 4450
Woburn, MA 01801


Repacorp, Inc.
31 Industry Park
Tipp City, OH 45371


Richard S. Judd
10 Bay Club Court
Williamsburg, VA 23185

Richo Americas Corporation
Atn: Recovery Department
PO Box 6897
Macon, GA 31208-6897


Rioch Business Solutions
P.O. Box 4245
Carol Stream, IL 60197-4245


Rioch USA, Inc.
P.O. Box 827577
Philadelphia, PA 19182


Robert Edward Dent, Jr
305 Ashland court
Newport News, VA 23606


Ronald D. Webb
13 Marigold Lane
Hampton, VA 23663


Ruby D. Baumbardner
603 Beacon Court
Newport News, VA 23601


SAGE Quick Technologies, Inc.
16301 Quorum Drive
Suite 200 A
Addison, TX 75001


Schempf & Ware PLLC
4000 George Wash. Memorial Hwy
Yorktown, VA 23692


Scott H Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012


Selective Insurance Company
of America
Box 371465
Pittsburgh, PA 15250-7468

Shawn A. Henry
100 Prospect Street
Wakefield, VA 23888


Sheila A. Lusk
122 Republic Road, Apt. H
Newport News, VA 23603


Shelley P. Arthur
205 Crystal Lake Drive
Yorktown, VA 23692


Sign Visions
1592 Penniman Road
Unit C
Williamsburg, VA 23185


Small Business Fin. Sol
DBA Rapid Advance
4500 East West Hwy, 6th Floor
Bethesda, MD 20814


SMG Innovations, Inc.
P.O. Box 79466
Baltimore, MD 21279-0466


Sovereign Bank
3 Huntington Quadrangle
Suite 101 N
Melville, NY 11747


Staples Advantage
Dept DC
P.O. Box 415256
Boston, MA 02241-5256


State Corporation Commission
P.O. Box 1197
Richmond, VA 23218


Sterling National Bank
500 Seventh Ave
11th Floor
New York, NY 10018

SunTrust Bank
P.O. Box 350183
Nashville, TN 37230-5183


SunTrust Credit Card Services
Default Managment
7455 Chancellor Dr
Orlando, FL 32809


Suter Printing
4399 Ironbound Road
Williamsburg, VA 23185


TCF Equipment Finance, Inc.
11100 Wayzata Blvd.
Ste 801
Minnetonka, MN 55305


Tekweld
180 Central Avenue
Farmingdale, NY 11735


Thomas P. Letzelter
14 1/2 N. Hope Street
Hampton, VA 23663


Times Publishing Company
P.o. Box 366228
Smithfield, VA 23431-9998


Tracy K. Callis
22124 Johnson Lane
Carrollton, VA 23314


Tracy Schrum
Graphic Designer
143 Wynne Road
Yorktown, VA 23692


TradeNet Publishing
1200 Energy Center Drive
Gardner, KS 66030

Treasurer of Virginia
DGS Fiscal Services
PO Box 562
Richmond, VA 23218-0562


United Concordia
P.O. Box 827377
Delaware City, DE 19812-7377


Update Limited
134 Peavey Circle
Chaska, MN 55318


UPS
P.O. Box 7427-0244
Philadelphia, PA 19170-0001


UPS Freight
P.O. Box 650690
Marshall, AR 72650-6900


Versability Resources
2520 58th Street
Newport News, VA 23603


Virginia Company Bank
PO Box 12038
Newport News, VA 23612


Virginia Dept. of Taxation
P.O. Box 2156
Richmond, VA 23218


Virginia Employment Commission
P.O. Box 27483
Richmond, VA 23261-7483


Virginia Natural Gas
P.O. Box 54049
Carol Stream, IL 60197-5409


Waste Management
of Hampton Roads
P.O. Box 13648
Philadelphia, PA 19101-3648

Western States Envelope & Labe
P.O. Box 205216
Dallas, TX 75320-5216


Williams Mullen
999 Waterside Drive, Suite 170
Norfolk, VA 23510-3303


Wilmer
P.O. Box 644039
Pittsburgh, PA 15264-4039


Wilson Trucking
P.O. Box 200
Fishersville, VA 22939

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Apollo Press, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Apollo Press, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 25, 2016**

Date

**/s/ Harry W. Jernigan, III**

**Harry W. Jernigan, III 30278**

Signature of Attorney or Litigant

Counsel for    **Apollo Press, Inc.**

**HARRY JERNIGAN CPA ATTORNEY, P.C.**

**5101 Cleveland Street**
**Suite 200**
**Virginia Beach, VA 23462**
**757-490-2200 Fax:757-490-0280**